# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:13-CR-00111 KJM
  )
**ADAM ACEVEDO-GUEVARR,**
  aka Adan Acevedo-Guevarra

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **ADAM ACEVEDO-GUEVARR, aka Adan Acevedo-Guevarra**

Detained at (custodian): **Chuckawalla Valley State Prison**

Detainee is:    a.)    ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **Deported Alien Found in the United States**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 20, 2013
Date                                              United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Adan Acevedo, aka Adam Acevedo | Male ☒ | Female ☐ |
| Booking or CDC #: | AN0986 | DOB: | 7/8/83 |
| Facility Address: | 19025 Wiley's Well Road | Race: | |
| | Blythe, CA 92225 | FBI #: | |
| Facility Phone: | 760-922-5300 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                   (Signature)